MARGARET RICE SKLAR, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 40559.    Promulgated November 30, 1953.

*Leon A. Cousens, Esq.*, for the petitioner.
*Robert J. Fetterman, Esq.*, for the respondent.

352

OPINION.

WITHEY, *Judge:* Examination of all of the facts persuades us that the final decree of the state court upon the hearing of the divorce case between petitioner and her husband, and each of the amendatory orders thereafter which had to do only with the amounts to be paid petitioner, provided that the entire sum here in controversy was for the support of the child alone and not in any part for the support of petitioner. The original order and the orders amendatory thereof were in error in stating otherwise, and the last order of the court merely corrected that error. In this respect this case is distinguishable from *Peter Van Vlaanderen,* 10 T. C. 706, affd. 175 F. 2d 389.

Reviewed by the Court.

*Decision will be entered for the petitioner.*

HILL, *J.,* dissents.